JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA R. BORYS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. CV 15-01251-CAS (DTB)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings.

Dated: May 31, 2016

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1